UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**UNITED STATES OF AMERICA,**

      **Plaintiff,**

  v.                                            **Case No. 2:22-cr-0117(3)**
                                                                  **JUDGE EDMUND A. SARGUS, JR.**

**DAVID PRICE,**

      **Defendant.**

## ORDER

This matter, which is set for trial to begin on January 13, 2025 (ECF No. 924), is before the Court on the Government's Motion in Limine Regarding Victim Identification (ECF No. 972). In preparation for trial, the Government has filed this Motion in Limine, requesting that certain victims and witnesses be identified at trial by their first names or nicknames. (*Id.* PageID 5496.)

The Government represents that this case involves at least three victims who engaged in repeated acts of prostitution, participated in sex acts with Defendant David Price in order to obtain drugs, and were physically abused by Mr. Price. (*Id.* PageID 5497.) The Government urges that these subjects carry "significant levels of humiliation, shame, and trauma," and "there is a strong likelihood that revealing a victim's identity would cause adverse consequences and be detrimental to their current and future lives." (*Id.*) It urges that under the Crime Victims' Rights Act, courts must ensure crime victims are treated with fairness and respect for their dignity and privacy, which includes limiting victim identities in court filings and trials. (*Id.* PageID 5496–97); *see* 18 U.S.C. §§ 3771(a)(8) ("A crime victim has . . . [t]he right to be treated with fairness and with respect for the victim's dignity and privacy."), 3771(b)(1) ("In any court proceeding

involving an offense against a crime victim, the court shall ensure that the crime victim is afforded the rights described in subsection (a).").

Mr. Price responds that while he disputes the factual assertions in the Government's Motion, he does not oppose a ruling that the alleged victims be referred to by their first names or nicknames. (ECF No. 982.)

The Government's Motion in Limine Regarding Victim Identification (ECF No. 972) is **GRANTED**.

    **IT IS SO ORDERED.**

**12/11/2024**                                                             **s/Edmund A. Sargus, Jr.**
**DATE**                                                                 **EDMUND A. SARGUS, JR.**
                                                                              **UNITED STATES DISTRICT JUDGE**