UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

UNITED STATES OF AMERICA,
        Plaintiff,

v.

DAVID PRICE,
        Defendant.

Case No. 2:22-cr-117(3)
JUDGE EDMUND A. SARGUS, JR.

## ORDER

Trial in this matter is ongoing. Before the Court is the Government's Motion in Limine to Preclude Irrelevant Character Evidence. (ECF No. 1102.) The Government moved to prevent Mr. Price from calling witnesses to elicit impermissible character evidence. (*Id.* PageID 6117.) The Government explains that some of Mr. Price's "proposed witnesses' summaries contain a great deal of irrelevant and impermissible character evidence." (*Id.* PageID 6118.) For example, the summaries include statements which can be paraphrased as: "[H]e is a good person. He would never rape women or engage in sex trafficking." (*Id.* PageID 6121.)

On the record, the Court referenced its prior Opinion and Order discussing evidence of good acts or character (ECF No. 1036, PageID 5840–5842), and recognized that all counsel of record trying this case are experienced and familiar with Federal Rules of Evidence 404 and 405. The Court asked Mr. Price's counsel for his response to the Government's Motion. Mr. Price's counsel stated he did not intend to offer irrelevant and impermissible character evidence.

The Government's Motion in Limine to Preclude Irrelevant Character Evidence is thus **DENIED AS MOOT**. (ECF No. 1102.) The Government may object on the grounds outlined in its Motion during Mr. Price's case in chief if it deems necessary.

    IT IS SO ORDERED.

1/30/2025
DATE

s/Edmund A. Sargus, Jr.
EDMUND A. SARGUS, JR.
UNITED STATES DISTRICT JUDGE